OPINION — AG — **** COUNTY OFFICERS-SALARY INCREASE-EFFECTIVE DATE **** THE INCREASE IN SALARY OF THE COUNTY OFFICERS ENUMERATED IN GROUP "A" OF 19 O.S. 1961 180.61 [19-180.61], WHO WERE ELECTED OR APPOINTED PRIOR TO APRIL 19, 1968, DOES NOT BECOME EFFECTIVE UNTIL THEIR NEXT TERM OF OFFICE; AND ANY INCREASE TO ASSISTANTS, DEPUTIES AND EMPLOYEES OF SAID OFFICERS DOES NOT TAKE EFFECT UNTIL THE INCREASE IN SALARY OF THE OFFICER FOR WHOM THEY SERVE TAKES EFFECT DALE F. CROWDER